NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MARIA PRIOR PEREIRA,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2013-5149

_____

Appeal from the United States Court of Federal Claims in No. 1:13-CV-00176-EJD, Judge Edward J. Damich.

_____

**ON MOTION**

_____

**O R D E R**

Maria Prior Pereira moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                           PEREIRA v. US

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s24